JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-42686-R | 00067 | DAWN REYNOLDS MCKINNEY | 11 | XXXXX0001 | 1.15 | 0.00 | 1.15 |
| | | Original check written to:<br>VERIZON WIRELESS<br>P. O. BOX 3397<br>BLOOMINGTON, IL 61702-3397 | | | | | |
| 07-42729-R | 00036 | PAUL S. MILLER & ANNETTE CATO-MILLER | 4 | XXXXX6448 | 2.41 | 0.00 | 2.41 |
| | | Original check written to:<br>GE MONEY BANK<br>P. O. BOX 5010<br>CONCORD, CA 94524-0010 | | | | | |
| 07-50237-R | 00021 | SHERRY LEANN COOPER | 5 | XXXXX0447 | 32.87 | 0.00 | 32.87 |
| | | Original check written to:<br>ALLTEL CORPORATION<br>BK DEPT 1269 B5F03-B<br>ONE ALLIED DRIVE<br>LITTLE ROCK, AR 72202-2013 | | | | | |
| 07-50275-R | 00033 | JERRY & ANNIE M. DUCKETT | 15 | XXXXX6223 | 0.32 | 0.00 | 0.32 |
| | | Original check written to:<br>ALLTEL FINANCIAL SVC<br>ONE ALLIED DRIVE<br>BUILDING 5, 3RD FLOOR<br>LITTLE ROCK, AR 72202 | | | | | |
| 07-43075-R | 00014 | GEORGE L. CHRISTIAN, JR. | 2 | XXXXX3104 | 61.39 | 0.00 | 61.39 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 08-40112-R | 00016 | JOSEPH E. & LISA L. FLORENTINO | 6 | XXXXX8521<br>XXXXX2156 | 33.02 | 0.00 | 33.02 |
| | | Original check written to:<br>TCL COPPELL COPPERHEADS<br>509 WEST BETHEL ROAD<br>COPPELL, TX 75019-4481 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40195-R | 00030 | RICHARD A. METCALF, II & ANGELA D. METCALF | 16 | XXXXX7539 | 97.62 | 0.00 | 97.62 |
| | | Original check written to:<br>DHL EXPRESS INC.<br>P. O. BOX 670227<br>HOUSTON, TX 77267-0227 | | | | | |
| 08-40195-R | 00076 | RICHARD A. METCALF, II & ANGELA D. METCALF | 13 | 0745 | 35.18 | 0.00 | 35.18 |
| | | Original check written to:<br>WNJ MEDICAL CENTER<br>119 WEST HOUSTON<br>SHERMAN, TX 75091 | | | | | |
| 08-40245-R | 00004 | RALPH L. & TINA T. SERPICO | 3 | XXXXX6916 | 12.26 | 0.00 | 12.26 |
| | | Original check written to:<br>CENTRAL FINANCIAL CONTROL<br>P. O. BOX 66040<br>ANAHEIM, CA 92816-6040 | | | | | |
| 08-40425-R | 00015 | JENNIFER ANN SHORT | 9 | XXXXX0001 | 5.64 | 0.00 | 5.64 |
| | | Original check written to:<br>VERIZON WIRELESS<br>P. O. BOX 3397<br>BLOOMINGTON, IL 61702-3397 | | | | | |
| 08-40447-R | 00004 | EUGENE PETER LAWSON | 2 | XXXXX6657 | 260.79 | 75.82 | 336.61 |
| | | Original check written to:<br>OCWEN LOAN SERVICING, LLC<br>12650 INGENUITY DRIVE<br>ORLANDO, FL 32826 | | | | | |
| 08-40447-R | 00009 | EUGENE PETER LAWSON | 5 | 9558 | 621.38 | 38.80 | 660.18 |
| | | Original check written to:<br>SAXON MORTGAGE SERVICES<br>4708 MERCANTILE DRIVE NORTH<br>FORT WORTH, TX 76137-3605 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40447-R | 00021 | EUGENE PETER LAWSON | 22 | 6362 | 475.04 | 0.00 | 475.04 |
| | | Original check written to: <br> EDUCATIONAL CREDIT MANAGEMENT <br> LOCK BOX 8682 <br> P. O. BOX 75848 <br> SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40447-R | 00031 | EUGENE PETER LAWSON | 6 | 2333 | 261.81 | 0.00 | 261.81 |
| | | Original check written to: <br> CALVALRY PORTFOLIO <br> 7 SKYLINE DRIVE, 3RD FLOOR <br> HAWTHORNE, NY 10532-2156 | | | | | |
| 08-40492-R | 00019 | PATORICK XIDUS JOHNSON, JR. & KAREN ANN JOHNSON | 10 | XXXXX0475 | 1,620.00 | 0.00 | 1,620.00 |
| | | Original check written to: <br> SCHEEF & STONE, LLP <br> 5956 SHERRY LANE <br> SUITE 1400 <br> DALLAS, TX 75225 | | | | | |
| 08-40492-R | 00021 | PATORICK XIDUS JOHNSON, JR. & KAREN ANN JOHNSON | 11 | XXXXX9113 | 29.52 | 0.00 | 29.52 |
| | | Original check written to: <br> ROUNDUP FUNDING, LLC <br> P. O. BOX 91121 <br> MS 550 <br> SEATTLE, WA 98111-9221 | | | | | |
| 08-40492-R | 00023 | PATORICK XIDUS JOHNSON, JR. & KAREN ANN JOHNSON | 7 | 6589 | 1,630.27 | 0.00 | 1,630.27 |
| | | Original check written to: <br> WILSON N. JONES MEDICAL CENTER <br> 119 WEST HOUSTON <br> SHERMAN, TX 75090 | | | | | |
| 08-40523-R | 00003 | DEAN CHARLES EMMITT & MYRA ANN O'DONNELL | 15 | 3308 | 500.00 | 216.66 | 716.66 |
| | | Original check written to: <br> CREDITORS FINANCIAL GROUP <br> P. O. BOX 440290 <br> AURORA, CO 80044-0290 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40523-R | 00019 | DEAN CHARLES EMMITT & MYRA ANN O'DONNELL | 12 | 5654 | 115.04 | 0.00 | 115.04 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT P. O. BOX 8809 RICHMOND, VA 23225 | | | | | |
| 08-40523-R | 00050 | DEAN CHARLES EMMITT & MYRA ANN O'DONNELL | | 3308 | 28.87 | 0.00 | 28.87 |
| | | Original check written to: CREDITORS FINANCIAL GROUP P. O. BOX 440290 AURORA, CO 80044-0290 | | | | | |
| 08-40531-R | 00017 | LINDA LEE DUNNING | 1 | 1420 | 68.39 | 0.00 | 68.39 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT LOCK BOX 8682 P. O. BOX 75848 SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40673-R | 00052 | EVAN WAYNE & KRISTI LYNN LAWLER | 7 | 8187 | 1,279.65 | 0.00 | 1,279.65 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT LOCK BOX 8682 P. O. BOX 75848 SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40691-R | 00025 | ALBERT FISHER, JR. & PEGGY FISHER | 18 | XXXXX0001 | 3.37 | 0.00 | 3.37 |
| | | Original check written to: VERIZON WIRELESS SOUTH VERIZON WIRELESS P. O. BOX 3397 BLOOMINGTON, IL 61702 | | | | | |
| 08-40701-R | 00003 | RACHAEL ELAINE ROSS | 3 | 3307 | 55.24 | 0.00 | 55.24 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT LOCK BOX 8682 P. O. BOX 75848 SAINT PAUL, MN 55175-0848 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40701-R | 00031 | RACHAEL ELAINE ROSS | 8 | XXXXX8807 | 72.79 | 0.00 | 72.79 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT, LOCK BOX 8682, P. O. BOX 75848, SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40701-R | 00035 | RACHAEL ELAINE ROSS | 11 | 7554 | 13.73 | 0.00 | 13.73 |
| | | Original check written to: USAA FEDERAL SAVINGS BANK, 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX 78288-0544 | | | | | |
| 08-40706-R | 00020 | KATHRYN L. MCCLURE | 4 | 7847 | 398.82 | 0.00 | 398.82 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT, LOCK BOX 8682, P. O. BOX 75848, SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40706-R | 00021 | KATHRYN L. MCCLURE | 7 | XXXXX7847 | 77.75 | 0.00 | 77.75 |
| | | Original check written to: VALUED SERVICES, LLC, 7047 LEE HIGHWAY, CHATTANOOGA, TN 37421 | | | | | |
| 08-40875-R | 00001 | VAPAIL A. MCFAIL | 4 | 1987 | 273.60 | 27.98 | 301.58 |
| | | Original check written to: CITIFINANCIAL INC., P. O. BOX 140489, IRVING, TX 75014-0489 | | | | | |
| 08-40875-R | 00003 | VAPAIL A. MCFAIL | 2 | XXXXX7010 | 735.43 | 78.59 | 814.02 |
| | | Original check written to: GRAYSON COUNTY, C/O LINEBARGER GOGGAN ET AL, 2323 BRYAN STREET, SUITE 1600, DALLAS, TX 75201-2644 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-41078-R | 00031 | CHARLES R. & SHIRLEY A. TUMLINSON | 16 | 5681 | 6.47 | 0.00 | 6.47 |
| | | Original check written to: VERIZON WIRELESS P. O. BOX 3397 BLOOMINGTON, IL 61702-3397 | | | | | |
| 09-41203-R | 00009 | HARRY W. & DORIS J. GRIMES | 3 | XXXXX4002 | 28.07 | 10.36 | 38.43 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |
| 09-41875-R | 00009 | JENNIFER E. BATES | 6 | XXXXX5786 | 5.33 | 0.00 | 5.33 |
| | | Original check written to: HSBC AUTO FINANCE P. O. BOX 60130 CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 09-43404-R | 00020 | SHARON ANN POPE | 3 | 9623 | 65.29 | 0.00 | 65.29 |
| | | Original check written to: TEXAS GUARANTEED STUDENT LOAN P. O. BOX 83200 ROUND ROCK, TX 78683-3200 | | | | | |
| 09-43404-R | 00034 | SHARON ANN POPE | 12 | XXXXX5043 | 24.55 | 0.00 | 24.55 |
| | | Original check written to: VERIZON WIRELESS P. O. BOX 3397 BLOOMINGTON, IL 61702-3397 | | | | | |
| 10-42777-R | 00026 | STEVEN ROY HERRIN | 7 | 5460 | 0.00 | 1.02 | 1.02 |
| | | Original check written to: JPMORGAN CHASE BANK, NA MAIL CODE: OH4-7133 P. O. BOX 182349 COLUMBUS, OH 80084-8938 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-43039-R | 00010 | JEANNIE GONZALES & DOMINGO GONZALES ARREDONDO | 4 | 1076 | 0.00 | 60.93 | 60.93 |
| | | Original check written to: BAC HOME LOANS SERVICING, LP MAIL STOP: TX2-982-03-03 7105 CORPORATE DRIVE PLANO, TX 75024 | | | | | |
| 10-50275-R | 00020 | DAVID W. OATES | 6 | 7144 | 0.00 | 70.65 | 70.65 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 10-50275-R | 00028 | DAVID W. OATES | | 7144 | 0.00 | 61.16 | 61.16 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 11-40377-R | 00055 | RICHARD S. & SHELLY D. BOOTH | 28 | 0019 | 1.27 | 0.00 | 1.27 |
| | | Original check written to: BAC HOME LOANS SERVICING, LP MAIL STOP: TX2-982-03-03 7105 CORPORATE DRIVE PLANO, TX 75024 | | | | | |
| 11-40514-R | 00028 | DAVID & JOANN JONES | 15 | 7047 | 75.14 | 30.93 | 106.07 |
| | | Original check written to: CITIFINANCIAL, INC. P. O. BOX 70919 CHARLOTTE, NC 28272-0919 | | | | | |
| 11-40917-R | 00014 | RESHA L. ADAMS | 6 | XXXXX9565 | 0.00 | 0.22 | 0.22 |
| | | Original check written to: RED ROCK FINANCIAL SERVICES 7251 AMIGO ST. STE. 100 LAS VEGAS, NV 89119 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-41409-R | 00008 | CATARINO F. & PAULINA M. CRUZ | 12 | 5395 | 2.69 | 0.00 | 2.69 |
| | | Original check written to: <br> KONDAUR CAPITAL CORP <br> ONE CITY BLVD WEST <br> SUITE 1900 <br> ORANGE, CA 92868 | | | | | |
| 11-41430-R | 00014 | GRACE KALUHI MURIITHI | 12 | 3059 | 0.00 | 8.40 | 8.40 |
| | | Original check written to: <br> BANK OF AMERICA, NA <br> MAIL STOP TX2-982-03-03 <br> 7105 CORPORATE DRIVE <br> PLANO, TX 75024 | | | | | |
| 11-50095-R | 00020 | CONNIE TEDDLETON | 1 | 6207 | 0.00 | 4.28 | 4.28 |
| | | Original check written to: <br> CREDIT ACCEPTANCE CORPORATION <br> 25505 W. TWELVE MILE ROAD <br> SUITE 3000 <br> SOUTHFIELD, MI 48034-8339 | | | | | |
| 11-50179-R | 00004 | ROBERT L. & JAYNE E. COOPER | 5 | 6769 | 0.00 | 436.08 | 436.08 |
| | | Original check written to: <br> ACQURA LOAN SERVICES <br> ATTN: PAYMENT PROCESSING <br> P. O. BOX 202743 <br> DALLAS, TX 75320-2743 | | | | | |
| 11-43233-R | 00015 | CANDIDA ROCHELLE JOHNSON | 4 | 3045 | 8.73 | 0.00 | 8.73 |
| | | Original check written to: <br> DENTON REGIONAL MEDICAL <br> C/O B-LINE, LLC <br> MS 550 P. O. BOX 91121 <br> SEATTLE, WA 98111-9221 | | | | | |
| 11-43233-R | 00016 | CANDIDA ROCHELLE JOHNSON | 3 | 6372 | 3.67 | 0.00 | 3.67 |
| | | Original check written to: <br> DENTON REGIONAL MEDICAL <br> C/O B-LINE, LLC <br> MS 550 P. O. BOX 91121 <br> SEATTLE, WA 98111-9221 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-43233-R | 00027 | CANDIDA ROCHELLE JOHNSON | 1 | 0000 | 0.31 | 0.00 | 0.31 |
| | | Original check written to: ZENITH ACQUISITION P. O. BOX 850 AMHERST, NY 14226 | | | | | |
| 11-43233-R | 00050 | CANDIDA ROCHELLE JOHNSON | 2 | 6215 | 2.03 | 0.00 | 2.03 |
| | | Original check written to: DENTON REGIONAL MEDICAL C/O B-LINE, LLC MS 550 P. O. BOX 91121 SEATTLE, WA 98111-9221 | | | | | |
| 11-43233-R | 00057 | CANDIDA ROCHELLE JOHNSON | 10 | 1613 | 1.71 | 0.00 | 1.71 |
| | | Original check written to: VERIZON WIRELESS P. O. BOX 3397 BLOOMINGTON, IL 61702-3397 | | | | | |
| 11-43587-R | 00071 | TAWNI ANN SANDERS | 14 | XXXXX3935 | 264.99 | 24.84 | 289.83 |
| | | Original check written to: CENLAR CENTRAL LOAN ADMINISTRATION P.O. BOX 986 NEWARK, NJ 07184-0936 | | | | | |
| 12-41286-R | 00032 | DONALD LANE BOOZER, II & TONYA LEE BOOZER | 14 | 0395 | 0.00 | 0.94 | 0.94 |
| | | Original check written to: JPMORGAN CHASE BANK, NA C/O FIVE LAKES AGENCY, INC. P. O. BOX 80730 ROCHESTER, MI 48308 | | | | | |
| 12-41286-R | 00038 | DONALD LANE BOOZER, II & TONYA LEE BOOZER | 10 | A365 | 0.00 | 0.24 | 0.24 |
| | | Original check written to: OAKMONT COUNTRY CLUB ESTATES C/O VISION COMMUNITIES MANAGEMENT 6305 PRESTON ROAD, SUITE 900 PLANO, TX 75024-2682 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 26, 2013

Check No. 2071684

Check Amount: $20,232.42

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 12-41286-R | 00056 | DONALD LANE BOOZER, II & TONYA LEE BOOZER | 13 | 8866 | 0.00 | 2.00 | 2.00 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE  1 HOME CAMPUS  BKY PMT PROCESSING MAC#X2302-04C  DES MOINES, IA 50328 | | | | | |
| 12-41286-R | 00070 | DONALD LANE BOOZER, II & TONYA LEE BOOZER | | 8866 | 0.00 | 0.78 | 0.78 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE  1 HOME CAMPUS  BKY PMT PROCESSING MAC#X2302-04C  DES MOINES, IA 50328 | | | | | |
| | | | **TOTALS** | | $9,293.60 | **$1,150.68** | **$10,444.28** |