JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 24, 2013

Check No. 2073566

Check Amount: $23,966.95

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40706-R | 00001 | KATHRYN L. MCCLURE | 2 | XXXXX9749 | 133.01 | 4.00 | 137.01 |
|  |  | Original check written to:<br>CAPITAL ONE AUTO FINANCE<br>P. O. BOX 201347<br>ARLINGTON, TX 76006 |  |  |  |  |  |
| 08-40754-R | 00009 | RHONDA LAVERNE EAKMAN | 1 | 4098 | 98.95 | 0.00 | 98.95 |
|  |  | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 |  |  |  |  |  |
| 08-40831-R | 00027 | SHERRIE GUM STEWART | 18 | XXXXXIN20 | 49.17 | 0.00 | 49.17 |
|  |  | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 |  |  |  |  |  |
| 08-40831-R | 00029 | SHERRIE GUM STEWART | 19 | XXXXXIN21 | 51.94 | 0.00 | 51.94 |
|  |  | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 |  |  |  |  |  |
| 08-40831-R | 00030 | SHERRIE GUM STEWART | 20 | XXXXXIN22 | 52.13 | 0.00 | 52.13 |
|  |  | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 |  |  |  |  |  |
| 08-40831-R | 00031 | SHERRIE GUM STEWART | 21 | XXXXXIN23 | 50.89 | 0.00 | 50.89 |
|  |  | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 |  |  |  |  |  |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 24, 2013

Check No. 2073566

Check Amount: $23,966.95

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40831-R | 00032 | SHERRIE GUM STEWART | 22 | XXXXXIN25 | 30.93 | 0.00 | 30.93 |
| | | Original check written to: <br> EDUCATIONAL CREDIT MANAGEMENT <br> LOCK BOX 8682 <br> P. O. BOX 75848 <br> SAINT PAUL, MN 55175-0848 | | | | | |
| 08-40831-R | 00033 | SHERRIE GUM STEWART | 23 | XXXXXIN24 | 34.76 | 0.00 | 34.76 |
| | | Original check written to: <br> EDUCATIONAL CREDIT MANAGEMENT <br> LOCK BOX 8682 <br> P. O. BOX 75848 <br> SAINT PAUL, MN 55175-0848 | | | | | |
| 08-50064-R | 00040 | DAVID C. HILL | 4 | XXXXX0328 | 203.10 | 0.00 | 203.10 |
| | | Original check written to: <br> SFC - CENTRAL BANKRUPTCY <br> 209 DAWSON ROAD <br> SUITE 4B <br> COLUMBIA, SC 29223-1740 | | | | | |
| 08-40988-R | 00004 | JEFFREY A. PERKINS | 7 | 3837 | 467.11 | 0.00 | 467.11 |
| | | Original check written to: <br> CITIFINANCIAL <br> P. O. BOX 6933 <br> THE LAKES, NV 88901-6933 | | | | | |
| 08-40925-R | 00006 | RICARDO & GRACIE R. CABALLERO | 15 | XXXXX5979 | 79.19 | 0.59 | 79.78 |
| | | Original check written to: <br> RESTLAND FUNERAL HOME & MEMORIAL <br> P. O. BOX 11250 <br> NEW ORLEANS, LA 70181-1250 | | | | | |
| 08-50238-R | 00022 | JOHN W. & PAMELA J. ANGLIN | 10 | XXXXX2021 | 163.72 | 0.00 | 163.72 |
| | | Original check written to: <br> SECURITY FINANCE <br> CENTRAL BANKRUPTCY & RECOVERY DEPARTMENT <br> 209 DAWSON ROAD, SUITE 4B <br> COLUMBIA, SC 29223-1740 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 24, 2013

Check No. 2073566

Check Amount: $23,966.95

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-50238-R | 00033 | JOHN W. & PAMELA J. ANGLIN | 12 | XXXXX08X2 | 54.51 | 0.00 | 54.51 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS <br> P. O. BOX 17095 <br> WILMINGTON, DE 19850-7095 | | | | | |
| 09-42757-R | 00019 | CHARLES R & SHEILA J CLEARY | 3 | 9272 | 701.72 | 0.00 | 701.72 |
| | | Original check written to: <br> CAPITAL ONE <br> DEPOSIT RECOVERY DEPARTMENT <br> P. O. BOX 152409 <br> IRVING, TX 75015-2409 | | | | | |
| 10-41217-R | 00035 | JILL A. HAMITER | 10 | 6174 | 1.28 | 0.00 | 1.28 |
| | | Original check written to: <br> VERIZON WIRELESS <br> P. O. BOX 3397 <br> BLOOMINGTON, IL 61702-3397 | | | | | |
| 11-40760-R | 00024 | KRISTOPHER WAYNE & KANDICE KRISTINA HOLDER | 5 | 9090 | 67.10 | 0.00 | 67.10 |
| | | Original check written to: <br> DENTON REGIONAL MEDICAL <br> C/O B-LINE LLC <br> MS 550  P. O. BOX 91121 <br> SEATTLE, WA 98111-9221 | | | | | |
| 11-40760-R | 00068 | KRISTOPHER WAYNE & KANDICE KRISTINA HOLDER | 3 | 8531 | 83.53 | 0.00 | 83.53 |
| | | Original check written to: <br> DENTON REGIONAL MEDICAL <br> C/O B-LINE LLC <br> MS 550  P. O. BOX 91121 <br> SEATTLE, WA 98111-9221 | | | | | |
| 11-40760-R | 00069 | KRISTOPHER WAYNE & KANDICE KRISTINA HOLDER | 9 | 9358 | 53.29 | 0.00 | 53.29 |
| | | Original check written to: <br> DENTON REGIONAL MEDICAL <br> C/O B-LINE LLC <br> MS 550  P. O. BOX 91121 <br> SEATTLE, WA 98111-9221 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 24, 2013

Check No. 2073566

Check Amount: $23,966.95

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-40760-R | 00085 | KRISTOPHER WAYNE & KANDICE KRISTINA HOLDER | 11 | 3553 | 43.27 | 0.00 | 43.27 |
| | | Original check written to: DENTON REGIONAL MEDICAL C/O B-LINE LLC MS 550  P. O. BOX 91121 SEATTLE, WA 98111-9221 | | | | | |
| 11-42298-R | 00042 | RYAN A. & CHRISTEENA D. WESTBROOK | 12 | 3920 | 0.00 | 0.77 | 0.77 |
| | | Original check written to: JPMORGAN CHASE BANK ATTN: OH4-7133 3415 VISION DRIVE COLUMBUS, OH 43219 | | | | | |
| 11-42298-R | 00043 | RYAN A. & CHRISTEENA D. WESTBROOK | 11 | 3938 | 0.00 | 0.07 | 0.07 |
| | | Original check written to: JPMORGAN CHASE BANK ATTN: OH4-7133 3415 VISION DRIVE COLUMBUS, OH 43219 | | | | | |
| 11-50179-R | 00004 | ROBERT L. & JAYNE E. COOPER | 5 | 6769 | 0.00 | 214.00 | 214.00 |
| | | Original check written to: ACQURA LOAN SERVICES ATTN: PAYMENT PROCESSING P. O. BOX 202743 DALLAS, TX 75320-2743 | | | | | |
| 11-43662-R | 00002 | CAROLYNE J. NUSS | 1 | 2700 | 0.00 | 4.59 | 4.59 |
| | | Original check written to: JPMORGAN CHASE BANK 3415 VISION DRIVE MAIL CODE: OH4-7142 COLUMBUS, OH 43219 | | | | | |
| 12-40378-R | 00064 | RICHARD E & BARBARA J WEST | 4 | XXXXX0226 | 0.00 | 0.26 | 0.26 |
| | | Original check written to: COUNTY OF HAYS 712 SOUTH STAGECOACH TRAIL SAN MARCOS, TX 78666 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 24, 2013

Check No. 2073566

Check Amount: $23,966.95

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 12-40590-R | 00013 | COREY L. FITZGERALD | 6 | 6512 | 442.76 | 1,123.08 | 1,565.84 |
| | | Original check written to: BANK OF AMERICA, NA P. O. BOX 660933 DALLAS, TX 75266-0933 | | | | | |
| 12-40811-R | 00055 | LORI FACEN HAYES | 6 | 3258 | 999.67 | 0.00 | 999.67 |
| | | Original check written to: AMERICREDIT FINANCIAL SERVICES, INC. P.O. BOX 183853 ARLINGTON, TX 76096 | | | | | |
| | | | **TOTALS** | | **$3,862.03** | **$1,347.36** | **$5,209.39** |